# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| EMERALD LENGEL, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) Civil Action No. 15-cv-2198-RDR-KGS ) |
| v. | ) ) |
| HOMEADVISOR, INC. | ) ) |
| Defendant. | ) |

## MOTION TO DISMISS COMPLAINT

Defendant HomeAdvisor, Inc. ("HomeAdvisor"), pursuant to Fed. R. Civ. P. 12(b)(6), moves the Court to dismiss this action with prejudice for failure to state a claim upon which relief can be granted. In support of this motion, HomeAdvisor respectfully submits its contemporaneously-filed Memorandum of Law in Support, which is fully incorporated herein by this reference.

WHEREFORE, HomeAdvisor respectfully requests that the Court grant this Motion; enter an order dismissing this action in its entirety with prejudice; award HomeAdvisor its costs; and award such other and further relief as the Court deems just and proper.

Respectfully submitted this 24th day of February, 2015.

                LATHROP & GAGE LLP

                *s/ Alexander C. Clayden*
                Stephen J. Horace, admitted *pro hac vice*
                Alexander C. Clayden, admitted *pro hac vice*
                950 17th Street, Suite 2400
                Denver, Colorado 80202
                Telephone: (720) 931-3200
                Facsimile: (720) 931-3201
                shorace@lathropgage.com
                aclayden@lathropgage.com

                *s/ Mark A. Samsel*
                Mark A. Samsel, KS #24551
                10851 Mastin Blvd., Suite 1000
                Overland Park, KS 66210-1669
                Telephone: (913) 451-5100
                Facsimile: (913) 451-0875
                msamsel@lathropgage.com

                *Attorneys for HomeAdvisor, Inc.*

## CERTIFICATE OF SERVICE

      I certify that on this 24th day of February, 2015, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will automatically forward an electronic copy to the following counsel of record:

Michael F. Brady
Mark Kistler
BRADY & ASSOCIATES
10901 Lowell, Suite 280
Overland Park, KS 66210
brady@mbradylaw.com
mkistler@mbradylaw.com

Kai H. Richter
Daniel C. Bryden
NICHOLS KASTER, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
krichter@nka.com
dbryden@nka.com

                                              *s/ Mark A. Samsel*
                                              An Attorney for Defendant