

10901 LOWELL AVE., SUITE 280
OVERLAND PARK, KS 66210
PHONE: 913-696-0925
FAX: 913-696-0468
www.mbradylaw.com

MICHAEL F. BRADY[†*] ▪ MARK A. KISTLER[†*] ▪ BRADLEY K. KAVANAUGH[†*] ▪ SARA T. BALLEW[†*]

April 6, 2015

**VIA CM/ECF**
Hon. Richard D. Rogers
U.S. Senior District Judge
United States District Court
District of Kansas
444 S.E. Quincy, Suite 410
Topeka, KS 66683

      RE:    Supplemental Authority in *Lengel v. HomeAdvisor, Inc.*
               Case No. 2:15-cv-02198-RDR-KGS

Your Honor:

Plaintiff Emerald Lengel hereby submits the attached Order dated March 30, 2015, from the United States District Court for the Middle District of Florida in *Speer v. Whole Food Market Group, Inc.*, No. 8:14-cv-03035-RAL-TBM (M.D. Fla.), as supplemental authority in opposition to the Motion to Dismiss (ECF No. 11) filed by HomeAdvisor, Inc. ("HomeAdvisor"). In that Order, the court denied the defendant's motion to dismiss the plaintiff's claim under the Fair Credit Reporting Act ("FCRA"), where the plaintiff alleged that the defendant failed to provide the stand-alone disclosure required by 15 U.S.C. § 1681b(b)(2)(A). Among other things, the court held that:

- the Complaint stated a valid claim that the defendant violated the FCRA, where the plaintiff alleged that a liability release was included with the disclosure provided by the defendant (page 7);[1] and

- the Complaint properly alleged that the defendant's violation was willful, where the plaintiff alleged that "Defendant had access to legal advice and guidance from the Federal Trade Commission [and] knew that its conduct was inconsistent with that guidance and the plain terms of the statute[.]" (page 9).[2]

---

[1] This holding is consistent with Plaintiff Lengel's argument at page 9 of her Memorandum in opposition to HomeAdvisor's Motion to Dismiss (ECF No. 15 at 9).

[2] This holding is consistent with Lengel's argument at pages 11-13 of her Memorandum in opposition to HomeAdvisor's Motion to Dismiss (ECF No. 15 at 11-13).

[†] ADMITTED IN KS
[*] ADMITTED IN MO

Hon. Richard D. Rogers
U.S. Senior District Judge
United States District Court
District of Kansas
Page 2

                              Respectfully,

                              **BRADY & ASSOCIATES**

                              */s/ Mark A. Kistler*
                              Mark A. Kistler
                              Attorney for Plaintiff

Encl.
cc:    Counsel of Record (via ECF)